IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00412-D

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| JAMES LEE WATKINS | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 7, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853(a), upon the defendant's plea of guilty to an offense in violation of 21 U.S.C. § 841(a)(1), and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

a) $1,746.00 in United States Currency seized, and

b) $1,500.00, which represents proceeds that the defendant personally obtained directly or indirectly as a result of the said offenses, and for which the United States may forfeit substitute assets pursuant to 21 U.S.C. § 853(p).

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between January 9, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's January 7, 2021 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject currency listed in the January 7, 2021 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Marshal's Service is directed to dispose of the property according to law.

2. That pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit $1,500.00 to the United States as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the said offenses.

3. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part.

4. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 16 day of April, 2021.

JAMES C. DEVER III
United States District Judge