# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### No. 5:19-CR-412

UNITED STATES OF AMERICA,      )
                                )
           v.                 )             **ORDER**
                                )
JAMES LEE WATKINS,           )
                                )
              Defendant.      )

The United States SHALL respond to defendant's motion for compassionate release [D.E. 82] not later than May 15, 2026.

SO ORDERED. This 3 0 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge